**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Edgardo & Edna Taylor

Case No: 14-34256-AJC
Chapter 13

_____ Debtors      /

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE**
**2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   ☒     No further action is necessary.

2)   The following actions have been taken:

☐     The debtor has filed an objection to the proof of claim filed by _____.

☐     The debtor has filed a _____amended plan or modified plan to provide for the proof of claim filed by _____.

☐     Other: _____

_____

_____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  February 19, 2016     .

Submitted by:
**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
 Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)