UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No.: 14-34256-BKC-AJC
                                                          Chapter 13
EDGARDO TAYLOR
EDNA TAYLOR,

    Debtor(s).
_____/

**TRUSTEE'S MOTION TO MODIFY PLAN OR IN THE ALTERNATIVE,
DISMISS CASE AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

**COMES NOW**, Nancy K. Neidich, Esq., Standing Chapter 13 Trustee, by and through undersigned counsel, and files the instant Motion to Modify or in the alternative, Dismiss and states as follows:

1. The Debtors' Confirmed Chapter 13 plan [ECF No. 25] requires the Debtor(s) to provide the Trustee with her federal tax returns on or before May 15 for each year the case is pending.

2. 11 U.S.C. § 521(f) enables the Trustee to request the Debtors' federal tax returns.

3. On May 9, 2016, the Trustee received the Debtors' 2015 federal tax returns which showed a substantial increase in the Debtors' income.

4. The Debtors' income has increased as follows:

|  | Tax Year 2015 |
|---|---|
| Debtors' disclosed income [ECF No. 1] | $31,463.04 |
| Income on taxes | $62,233.00 |
| Increase in income of | $30,769.96 |

5. As the Debtors' income has increased, the Trustee requests the Debtors file amended schedules to determine their disposable income and modify their plan accordingly or in the alternative, the Trustee seeks dismissal of the instant case.

**WHEREFORE**, the Trustee requests this Honorable Court require the Debtors' to file amended Schedules in order to determine their disposable income along with a modified plan or in the alternative, dismiss the Debtors' case and for any other such relief as may be deemed necessary by the Court.

Respectfully submitted:
NANCY K. NEIDICH, ESQ
CHAPTER 13 TRUSTEE

By: /s/ Jose Miceli
JOSE I. MICELI, ESQ.
FLORIDA BAR NO.: 0077539
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: MAY 24 2016

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing and the notice of hearing generated by ECF were served on Counsel for the Debtor(s) on MAY 24 2016 and

By U.S. first class mail:

EDGARDO TAYLOR
EDNA TAYLOR
169 NE 50 Street
Miami, FL 33137

By: /s/ Jose Miceli
JOSE I. MICELI, ESQ.

2